# Exhibit O

# part 2

## SETTLEMENT AGREEMENT

AGREEMENT made as of the 9th day of May, 1983 by and between "BOSTON", a Massachusetts oral partnership, consisting or which has consisted of Donald T. Scholz, Brad Delp, Sib Bashian, Barry Goudreau and Fran Sheehan ("Boston"), BOSTON WORLD TOURS, INC., a California corporation ("BWT") and BARRY GOUDREAU ("Goudreau").

WHEREAS, Goudreau is and has been an equal partner in that Massachusetts oral partnership known as "BOSTON";

WHEREAS, Goudreau is and has been a one-fifth (1/5) shareholder in BWT;

WHEREAS, Goudreau became involved in disputes with the other members of "BOSTON", resulting in Goudreau's having commenced litigation against said members, which litigation Goudreau is now willing to discontinue with prejudice in consideration of this Agreement;

WHEREAS, Goudreau now wishes to retire from "BOSTON", and to cease performing with the group professionally known as "BOSTON";

WHEREAS, Goudreau now wishes to sell all his interest in BWT;

300046 (13)

罗 15

WHEREAS, the parties hereto wish to facilitate said retirement and interest sale by enumerating the compensation, rights and interests of Goudreau;

NOW, THEREFORE, in consideration of the premises and the agreements hereinafter contained, the parties hereto agree as follows:

1. By the execution hereof, the parties acknowledge that Goudreau is no longer, and he has ceased to be, a partner in Boston, and as such shall have no interest, right nor title to the name "BOSTON", nor to any recording royalties, performing rights royalties, performance income, copyright interests or payments, or financial interest therein, except as provided herein.

2. As full consideration for Goudreau's retirement, Boston agrees to pay to Goudreau the following payments:

A. Future Recordings: With respect to the next (third) Boston album only, the sum of ONE HUNDRED THOUSAND DOLLARS ($100,000) shall be paid to Goudreau as set forth in Section 2.A(1) below. Thereafter, Goudreau shall receive no other royalties with respect to the next (third) Boston album or any other subsequent album recorded by Boston in the future. However, Goudreau shall not be entitled to

-2-

receive any royalties whatsoever under this Section
2.A if no albums are released after the date hereof
under the name "Boston". The parties hereto agree
to send to CBS, Inc. and any other persons or
entities which are required to make payments to
Boston in which Goudreau has an interest, irrevoc-
able letters of direction providing for direct
payment to Goudreau of such payments.

(1) Payment Schedule for Future Recordings:
The $100,000 payment obligation set forth in
Section 2.A hereof shall be paid to Goudreau as
follows: (a) Goudreau shall receive concurrently
with the issuance by CBS, Inc. of the first
semi-annual royalty statement after the release
of the third Boston album (the "first statement"),
that portion of FIFTY THOUSAND DOLLARS ($50,000)
determined by multiplying $50,000 times the
fraction computed by dividing the number of
complete months of sales of such third album
reflected in the first statement by six (6); (b)
concurrently with the issuance by CBS, Inc. of
the second semi-annual royalty statement after
the release of the third Boston album (the
"second statement"), Goudreau shall receive
FIFTY THOUSAND DOLLARS ($50,000); and (c) if the

-3-

first payment contained under clause (a) above
is less than $50,000, concurrently with the
issuance by CBS, Inc. of the third semi-annual
royalty statement after the release of the third
Boston album (the "third statement"), Goudreau
shall receive the difference, if any, between
ONE HUNDRED THOUSAND DOLLARS ($100,000) and the
amount theretofore received by him.  (By way of
illustration, should the album be released in
October of a calendar year such that sales of
the album for the full months of November and
December are included in a royalty statement
rendered in the following March, Goudreau would
receive two-sixths (2/6) of $50,000 or $16,666.66
concurrently with the first statement, an
additional $50,000.00 concurrently with the
second statement and the balance of $33,333.34
concurrently with the third statement).

B.  Current Partnership Assets:  The parties
hereto agree that the current book value of the
Boston partnership is Forty Thousand Dollars
($40,000), and Goudreau shall therefore receive or
retain one-fifth (1/5) of said assets of Boston
consisting of musical instruments and equipment
having a value of EIGHT THOUSAND DOLLARS ($8,000).

-4-

C.  Previous Recordings:  The parties hereto
expressly agree that Goudreau shall continue to
receive his full one-fifth (1/5) royalty (paid in
the same manner as is paid to BOSTON) on the two
Epic albums by Boston, known as "BOSTON" and "DON'T
LOOK BACK" and also the same proportionate share on
any future use of individual sides of these same
original recordings, said sides agreed to be:  "More
Than A Feeling", "Peace of Mind", "Foreplay/Long
Time", "Rock and Roll Band", "Smokin'", "Something
About You", "Hitch A Ride", and "Let Me Take You
Home Tonight", each of which is embodied in the
album known as "BOSTON" and "Don't Look Back", "The
Journey", "A Man I'll Never Be", "Feeling Satisfied",
"Party", "Used to Bad News", and "Don't Be Afraid",
each of which is embodied in the album known as
"DON'T LOOK BACK"; also, any previously unreleased
BOSTON material on which Goudreau has played,
Goudreau shall receive this one-fifth (1/5) royalty
interest, as defined above.

D.  Expenses:  Goudreau shall be entitled to be
reimbursed $16,486.70, which the parties hereto
expressly agree shall be deemed to represent that
portion of the expenses previously deducted from
Goudreau's royalty payments since July 1, 1981,

-5-

which expenses the parties hereto agree shall be
deemed for the purpose of this Agreement to have
been expended in connection with the third Boston
album (hereinafter said $16,486.70 is referred to
as the "Expenses".)  The parties further agree
that Goudreau shall not be entitled to reimburse-
ment of any other expenses that may have been
charged to him.  Goudreau shall not be charged
with any further ongoing expenses of the group
Boston following the date of this Agreement.

(1)  Payment Schedule for Expenses:  The
Expenses shall be payable at the same time and
in the same manner as specified in the Payment
Schedule for Future Recordings as set forth in
Section 2.A(1) hereof, except that for the
purpose of determining the amount payable at
the time of the rendering of any royalty state-
ment, the sum of $8,243.35 (50% of $16,786.70)
shall be substituted for $50,000 (50% of
$100,000).

(2)  Notwithstanding the foregoing paragraph,
should a third Boston album not be released on
or before December 31, 1983, Goudreau shall
receive $8,243.35 not later than January 31,

-6-

1984. Thereafter, should a third Boston album
not be released on or before December 31, 1984,
Goudreau shall receive the remaining $8,243.35
not later than January 31, 1985. To the extent
that Goudreau receives payments under this
sub-section 2.D(2) hereof and a third Boston
album is ultimately released, such amounts will
be credited against and satisfy the payment
obligation of sub-section 2.D(1) hereof.

F.  Guarantee of Royalty and Expense Payments:
In the event that a third Boston album is released
and there are insufficient royalties to pay Goudreau
the amount to which he is entitled under Section 2.A
hereof, Donald T. Scholz, Brad Delp, Sib Hashian and
Fran Sheehan personally guarantee, jointly and
severally, payment of said monies. Scholz, Delp,
Hashian and Sheehan shall also be jointly and
severally liable for the $16,486.70 expense payment
set forth in Section 2.D hereof.

D.  The Name "BOSTON": The parties hereto
expressly agree that Goudreau may use the term
"Formerly of Boston" for and in conjunction with any
biographical usage with respect to future perfor-
mances, but, except to this extent, Goudreau shall
have no other interest, right or title to the name

-7-

"BOSTON." Without limiting the foregoing, Goudreau
may not use the name "BOSTON" for or in conjunction
with any advertisement or promotion.

3. Boston and Goudreau acknowledge that there
presently exists a recording royalty deferment plan with CBS,
Inc. whereby certain monies are due or shall become due
Boston. Boston and Goudreau agree that when said monies
become due and payable to Boston because of said current
deferment plan, Goudreau's interest in said sums shall be
unaffected by this agreement, and Goudreau shall be entitled
to his full share as if he were still a one-fifth (1/5)
partner in Boston. Goudreau acknowledges that he shall have
no right or interest in any future deferment plans, unless
said plans involve royalties due Goudreau hereunder.

4. BOSTON WORLD TOURS hereby redeems all of
Goudreau's shares and interest in BWT for an amount equal to
one-fifth (1/5) of the book value of BWT as of the date
hereof. As such, Goudreau shall cease to be a shareholder in
BWT and shall have no right or interest in said corporation
except as specified herein. BWT acknowledges that Goudreau's
interest as of the date hereof in the pension and profit
sharing plan of BWT, which the parties have been advised by
AMES & ASSOCIATES has a current value of approximately Seventy
Two Thousand Dollars ($72,000.00), shall remain the same and

-8-

payable on the same terms and conditions as presently con-
tained in said pension and profit sharing plan.  The parties
agree that, at Goudreau's election, his interest in said plan
will be transferred to him or to any qualified plan designated
by him.  Goudreau acknowledges that except for the above
stated rights, he shall have no further right or title to any
other payment under the above plans nor any future contribu-
tions to said plans or compensation from BWT whatsoever.

5.  With respect to any and all payments, account-
ings, royalty statement or any financial information relevant
to any monies due Goudreau hereunder, Goudreau shall have
access to said financial information as if he were still a
member of Boston, and any objections by Boston to statements
rendered by CBS, Inc., Epic Records or Ahern Associates or any
other person or entity shall be deemed to have been made
additionally by Goudreau, it being understood that any future
amendments or modifications resulting from such objections
shall not affect Goudreau's rights hereunder.

6.  The parties hereto agree that, simultaneously
with the execution of this Agreement,  Goudreau shall execute
and deliver to Scholz, Delp, Hashian and Sheehan, a stipula-
tion discontinuing the action Goudreau v. Scholz et al., Essex
Superior Court No. 82-2050 (1982), with prejudice and without
costs.  At the same time, the parties hereto shall exchange
general releases which shall except therefrom only the obli-

-9-

gations of the parties under this Agreement. The parties
further agree to execute and deliver such other and further
documents as may be reasonably required to effectuate the
terms of this Agreement. Nothing herein shall be deemed to
constitute an admission as to any of the allegations made in
the complaint in such action.

7. This Agreement may be executed in any number of
counterparts and, notwithstanding that all of the parties did
not execute the same counterpart, each of the counterparts
shall, for all purposes, be deemed an original, and all such
counterparts shall constitute one and the same instrument
binding on all of the parties hereto.

8. This Settlement Agreement shall be governed by
and construed and enforced in accordance with the laws of the
State of Massachusetts applicable to agreements made and to be
performed entirely in Massachusetts.

9. Miscellaneous Provisions.

A. Communications. All notices, offers,
approvals, consents, acceptances, waivers, reports,
requests and other communications required or
permitted to be given hereunder (all of the fore-
going hereinafter collectively referred to as
"Communications") shall be in writing and shall
be deemed to have been duly given if delivered

-10-

personally with receipt acknowledged or sent by
registered or certified mail or equivalent, if
available (air mail if out-of-town), postage
prepaid, such telex or cablegram was sent),
addressed to the parties at the following
addresses or to such other or additional
address as any party shall hereafter specify
by Communication to the other parties:

(a) If to Scholz:

Donald T. Scholz
454 Boston Post Road
Weston, Massachusetts  02193

(b) If to Delp:

Brad Delp

(c) If to Bashian:

Sib Hashian
30 Courtland Lane
Lynfield, Massachusetts  01940

(d) If to Sheehan:

Fran Sheehan

(e) If to Goudreau:

Barry Goudreau

-11-

A copy of any Communication sent to Scholz
and/or Delp shall be sent to Frederick R. Cummings,
Jr., Esq., Warshaw Burstein Cohen Schlesinger & Kuh,
555 Fifth Avenue, New York, New York 10017.  A copy
of any Communication sent to Sheehan and/or Hashian
shall be sent to Lawrence C. Ealcman, Esq., One
Boston Place, Boston, Massachusetts 02108.  A copy
of any Communication sent to Goudreau shall be sent
to Peter Herbert, Esq., Paroher & Herbert, 500 Fifth
Avenue, New York, New York  10110.

Except as otherwise provided herein, all Com-
munications shall be deemed given, received and
dated on the date when delivered personally, and
three (3) business days after mailing.

. B.  Entire Agreement, Modification, Consents
and Waivers.  This Agreement contains the entire
agreement of the parties with respect to the sub-
ject matter hereof and supercedes any and all prior
agreements or understandings, written or oral,
between the parties with respect to the subject
matter hereof.  No interpretation, change, termi-
nation or waiver of or extension of time for per-
formance under any provision of the Agreement shall
be binding upon any party unless in writing and

-12-

signed by the party intended to be bound thereby.
Receipt by any party of money or other consideration
due under this Agreement, with or without knowledge
of breach, shall not constitute a waiver of such
breach or any provision of this Agreement.

IN WITNESS WHEREOF, the parties have duly executed
this Agreement as of the date first above written.

"BOSTON"

By _____        _____
   Donald T. Scholz                  Barry Goudreau

By _____
   Brad Delp

By _____
   Sib Hashian

By _____
   Barry Goudreau

By _____
   Fran Sheehan

BOSTON WORLD TOURS, INC.

By _____
   Donald T. Scholz

By _____
   Brad Delp

By _____
   Sib Hashian

By _____
   Barry Goudreau

By _____
   Fran Sheehan

-13-

Trademark Electronic Search System (TESS)

Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 10 04:05:46 EST 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| Word Mark | BOSTON |
| Goods and Services | IC 009. US 038. G & S: phonographic recordings and/or audio tapes. FIRST USE: 19760800. FIRST USE IN COMMERCE: 19760800 |
| | IC 014. US 028. G & S: costume jewelry; namely, lapel pins. FIRST USE: 19760800. FIRST USE IN COMMERCE: 19760800 |
| | IC 015. US 050. G & S: souvenir merchandise; namely, guitar picks. FIRST USE: 19760800. FIRST USE IN COMMERCE: 19760800 |
| | IC 016. US 037 038. G & S: paper goods; namely, tour books, posters, post cards, and name tags. FIRST USE 19760800. FIRST USE IN COMMERCE: 19760800 |
| | IC 041. US 107. G & S: entertainment services in the nature of a rock band. FIRST USE: 19760800. FIRST USE IN COMMERCE: 19760800 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74069018 |
| Filing Date | June 14, 1990 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | April 14, 1992 |
| Registration Number | 1730705 |
| Registration Date | November 10, 1992 |
| Owner | (REGISTRANT) Scholz, Donald T. INDIVIDUAL UNITED STATES 1560 Trapelo Road Waltham MASSACHUSETTS 02154 |
| Attorney of Record | MAGGIE A LANGE |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030222. |

| Renewal | 1ST RENEWAL 20030222 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 10 04:05:46 EST 2011*

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

|Logout| Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**TARR Status** | **ASSIGN Status** | **TDR** | **TTAB Status** *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | BOSTON |
| **Goods and Services** | IC 009. US 036. G & S: phonograph recordings and/or audio tapes. FIRST USE: 19760800 FIRST USE IN COMMERCE: 19760800 |
| | IC 014. US 028. G & S: costume jewelry; namely, lapel pins. FIRST USE: 19760800. FIRST USE IN COMMERCE: 19760800 |
| | IC 015. US 036. G & S: souvenir merchandise; namely, guitar picks. FIRST USE: 19760800, FIRST USE IN COMMERCE: 19760800 |
| | IC 016. US 037. G & S: paper goods; namely, tour books, posters, postcards, and name tags  FIRST USE 19760800. FIRST USE IN COMMERCE: 19760800 |
| | IC 041. US 107. G & S: entertainment services in the nature of a rock band. FIRST USE: 19760800. FIRST USE IN COMMERCE: 19760800 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.02 - Plain single line rectangles; Rectangles (single line)<br>26.11.28 - Miscellaneous designs with overall rectangular shape; Rectangular shapes (miscellaneous overall shape) |
| **Serial Number** | 74069118 |
| **Filing Date** | June 14, 1990 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 1, 1992 |
| **Registration** | 1734444 |

Trademark Electronic Search System (TESS)                                                    Page 2 of 2

| | |
|---|---|
| Number | |
| Registration Date | November 24, 1992 |
| Owner | (REGISTRANT) Scholz, Donald T. INDIVIDUAL UNITED STATES 1560 Trapelo Road Waltham MASSACHUSETTS 02154 |
| Attorney of Record | MAGGIE A LANGE |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030224. |
| Renewal | 1ST RENEWAL 20030224 |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

2nd Legends of Rock N' Blues : New Hampshire Calendar                    http://calendar.newhampshire.com/calendar/events/music/2nd_Legends_...



NewHampshire.com
its neighbor as Homeoge

**Welcome!**
Sign In | New User

At DSE is a different approach to a
community calendar for New
Hampshire. Free registration allows
you to:

· · POST AN EVENT
· REGISTER AN ORGANIZATION
· REGISTER YOUR VENUE

Events will be shared among a
growing number of media
participants, such as newspapers
and radio stations, more...

The goal of this public-private
partnership is to create a
comprehensive, shared database of
happenings in the Granite State and
beyond. more...





**AT A GLANCE**

**Dates**

**Location**
Flying Monkey Movie
House & Performing Arts
Center
39 Main St.
Plymouth, NH 03264
Website
603-536-2551

**Tickets**
All Ages Tickets $40,
$35, $30.

**Accessibility**
Wheelchair accessible

**2nd Legends of Rock N' Blues**
Friday, Feb. 11
6 p.m.

northernmusic@yahoo.com
603-536-2551
northernmusic@yahoo.com
Website

Due to circumstances beyond our control,
guitarist Brad Whitford has cancelled his
'Special Guest' appearance at the 'Legends
of Rock n Blues 2' for 'personal reasons'.
But "the show must go on" and it will! We
are excited to announce that legendary
guitarist Barry Goudreau of the Multi-
Platinum group BOSTON will be appearing
in Brad's place. Enjoy the show!
Brad Whitford of Aerosmith and his son Graham
Whitford. The James Montgomery Blues Band
with David Hull of Joe Perry Project and the
Uptown Horns of Rolling Stones and James
Brown.

DOORS 6:00 PM ~ SHOW 7:30 PM

Reserve dinner today! Call 603-536-2551 to
make your reservation
and enjoy a great dining experience to your show.
These seats are
LIMITED and sell-out FAST!

When Blues Legend James Montgomery plays
the harmonica, he "brings it on home." Whether
it's recording with Kid Rock, sitting in with
Gregg Allman, or fronting his hot band of over
thirty years, Montgomery plays with authority.
While growing up in Detroit he learned
first-hand from the masters - James Cotton,
John Lee Hooker, and Jr. Wells at the legendary
"Chessmate." Over the years, he's carried on in
the tradition and continues to be a vital
presence in blues as one of the most dynamic
performers on the scene.
reverbnation.com/jamesmontgomeryblues
myspace.com/jamesmontgomeryblues

Promotion by Richard Axtman ~ Northern Music
northernmusic@yahoo.com
myspace.com/northernmusicagency
facebook.com/profile.php?id=100001577514520

 

data © 2011

Events that inspire...
News Weather
New Events Yet More...



2011 Dartmouth Winter Carnival, Hanover, today

13th Annual Colebrook Winter Carnival,
Colebrook, today

95th Newport Winter Carnival, Newport, today

Winter Wildlife Tracking for families, Durham
today

Seacoast Eat Local Winter Farmers Market,
Exeter, today

Dover Hellenic Center Marketplace, Dover, today

Seacoast Eat Local Winter Farmers Market,
Rollinsford, today

Concord Winter Farmers Market, Concord, today

Ice Harvesting and Winter Carnival, Tamworth,
today

Mysteries of the Forest: Tracking NH's Animals,
Auburn, today

Winter Wine Festival: Black Diamond Truffles &
Chateau Pique Noir Vintner's Dinner, New Castle,
today

Great Meredith Rotary Fishing Derby, Meredith,
today

Winter Fireworks Show, Waterville Valley, today

Friends of Goffstown Softball Winter Clinics,
Goffstown, tomorrow

Some Enchanted Evening, Portsmouth, tomorrow

View directions or larger map

POWERED BY NewsTote

## CATEGORIES

| | | |
|---|---|---|
| Antiques | Free | Opera |
| Art Exhibits | Gardening | Outdoors |
| Auctions | Golf | Parade |
| Benefits | Health & Fitness | Political |
| Bridal Shows | Job Fairs | Religious |
| Car Shows | Kids & Families | Reunions |
| Comedy | Lectures | School Events |
| Community | Literary | Seminars |
| Concerts | Meetings | Shows |
| Cultural Events | Miscellaneous | Sports |
| Dance | Museums & Galleries | Theatre |
| Fairs | Music | Tours |
| Films | Networking Events | Workshops |
| Food & Wine | Open Mic Night | Yard Sales |

## COMMUNITIES

| | | |
|---|---|---|
| Bedford | Hampton | New Boston |
| Berlin | Hanover | Newmarket |
| Bow | Hillsborough | Plaistow |
| Claremont | Hooksett | Plymouth |
| Concord | Hudson | Portsmouth |
| Conway | Keene | Raymond |
| Derry | Laconia | Rochester |
| Dover | Lancaster | Rye |
| Durham | Littleton | Salem |
| Epping | Londonderry | Somersworth |
| Exeter | Loudon | Sunapee |
| Farmington | Manchester | Suncook |
| Goffstown | Merrimack | Tilton |
| Greenland | Milford | Windham |
| | Nashua | |

Katie McQuaid
100 William Loeb Drive
Manchester, NH 03109
tel. 603.505.8398 Ext. 12
katie@nowstote.com

About NH365
Advertising
Media Participation
NH365 FAQ
User Agreement
Privacy Policy

MissionTix: 2nd Legends of Rock -N- Blues (Barry Goudreau of BOSTON...   http://www.missiontix.com/events/product/10341_1/2nd-legends-of-rock-...

Enter artist, event, or venue                                                                    Search by:

**FEBRUARY**
**11**
FRIDAY

2ND LEGENDS OF ROCK -N- BLUES (BARRY GOUDREAU OF
BOSTON | JAMES MONTGOMERY BLUES BAND) @ *The Flying
Monkey*



Due to circumstances beyond our control,
guitarist Brad Whitford has had to cancel his
'Special Guest' appearance at the 'Legends
of Rock -n- Blues 2' concert for personal
reasons. However, as they say in the
entertainment business, 'the show must go
on' and it will! Event promoter Seth McNally
of MF Productions and The Flying Monkey
are excited to announce that legendary
guitarist Barry Goudreau of the Multi-Platinum
group BOSTON will be appearing in Brad's
place along with the James Montgomery Blues Band (featuring David Hull
of the Joe Perry Project) and the Uptown Horns (Rolling Stones). Enjoy the
show!

2ND LEGENDS OF ROCK -N-
BLUES (BARRY GOUDREAU OF
BOSTON | JAMES MONTGOMERY
BLUES BAND)

Venue:     THE FLYING MONKEY
Time:      7:30PM
Doors:     6:00 PM
Ages:      ALL AGES
Price:     VARIES
Event #:   20111001-FL



| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 1 | 2 | 3 | 4 | 5 |





GLASSJAW
MARCH    27TH    2011



CITY PAPER'S
COSMIC COCKTAIL
MARCH    23RD    2011

Find us on
Facebook

**VENUE INFORMATION**

**LOCATION**
The Flying Monkey
39 Main Street
Plymouth, NH 03264

**CONTACT**
Web: http://www.flyingmonkeynh.com
Email: flyingmonkeynh@gmail.com
Phone: 603.536.2551

The Flying Monkey
39 Main Street

2/11/2011 11:13 AM

MissionTix: 2nd Legends of Rock -N- Blues (Barry Goudreau of BOSTON...   http://www.missiontix.com/events/product/10341_1/2nd-legends-of-rock-...

© 2011 MISSION MEDIA, LLC / MISSIONTIX, LLC   ALL RIGHTS RESERVED                    FACEBOOK | TWITTER | TERMS OF USE | PRIVACY STATEMENT

Cancel

2/11/2011 11:13 AM

   

EVENT INFO    ARTISTS & SPEAKERS    TICKETS & MERCHANDISE    EDUCATIONAL CORNER    FOUNDATION    SPONSORS    PRESS ROOM



Buy now

## TICKETS

» Press Room
» The Producers
» Event Schedule
» Directions
» Event Photos
» About Key Largo
» Event Awards
» Keys Diving
» Treasure Hunt

## Artists & Peformers

### Chuck Berry

If any one individual can be credited as the premier figure and father of rock and roll, it's CHUCK BERRY. His music, lyrics, and free spirit made an indelible impression on millions of young people, including the Beatles and Rolling Stones. He celebrated the birth of rock and roll in 1955 and he still remains one of its most superbly exciting performers. He remains to this day credited as one of the single most important artists in Rock and Roll!



### Steven Tyler

People worldwide agree that one of rock's all-time most charismatic and entertaining front men Steven Tyler of Aerosmith. Tyler began playing drums at an early age, but soon switched to vocals after discovering the Beatles and the tougher blues-rock of the Rolling Stones and the Yardbirds. After moving to Boston in the late '60s, Tyler met guitarist Joe Perry and bassist Tom Hamilton. After finding drummer Joey Kramer and second guitarist Ray Tabano (who was eventually replaced with Brad Whitford), the band named themselves Aerosmith. With smash albums over the past four decades, Steven Tyler has led Aerosmith to the elite company of the world 's greatest rock bands.



### Supermodel Sabrina

"Live your smile" is the philosophy by which Supermodel, singer and songwriter Sabrina lives her life. Her debut album, "Come As You Are", captures this essence. Enthused with a rich blend of guitar-driven pop, the CD reflects her outlook. No stranger to the spotlight, Sabrina's early success came in the high fashion industry. Having graced numerous top fashion magazine covers in the US and internationally, her resume includes coveted pictorials in multiple Sports Illustrated Swimsuit Issues, Victoria's Secret, "Supermodels In The Rainforest" and Elle Magazine.



**DMC** formerly of Run DMC

Darryl McDaniels, a.k.a. DMC, helped transform the musical landscape as one-third of the legendary band Run-DMC,

which has sold more than 30 million albums and singles world-wide. Since forming the band with Joseph (Rev. Run) Simmons and the late, Jason (Jam Master Jay) Mizell, DMC has remained in the public eye for the past two decades, recognized as a pioneer in stoking the popularity of rap and hip-hop into the best-selling and most influential musical genre that it is today.



### Jeff "Skunk" Baxter

Guitarist Jeff "Skunk" Baxter certainly has had a diverse professional career. He has played extensively with two of the most popular bands of the 70's - The Doobie Brothers and Steely Dan. Skunk-produced albums by Nazareth and others. Jeff has had 17 gold records, eight platinum records, and has been awarded two Grammies.



### Barry Goudreau and Fran Sheehan:
### Original Members of the Band Boston

The arena rock group behind one of the fastest-selling debut albums in history, Boston formed as a concept of Tom Sholtz while he was at Massachusetts Institute of Technology. After graduating, Sholtz joined a local band led by guitarist Barry Goudreau. The band, soon included bassist Fran Sheehan, vocalist Brad Delp, and drummer John "Sib" Hashian. Boston would go on to make two of the best-selling albums in rock and roll history.



### Mike Mangini

Known as the world's fastest drummer, grammy-nominated Mike Mangini holds numerous world records for matched grip, bare-handed, and traditional grip strokes-per-minute. Mangini has also toured worldwide with 'Extreme' and Steve Vai. Today, on top of a near-constant worldwide drum clinic schedule, Mangini also serves on the Berklee School of Music Education Committee's Percussion Department.



### Brian O'Neal of the BusBoys

In the early months of 1980, at the legendary Whiskey A-Go-Go, Brian O'Neal formed the BusBoys. Soon thereafter, the BusBoys began touring extensively with the likes of Linda Ronstadt, Brian Setzer, ZZ Top, and Eddie Murphy. Along with numerous television appearances on "American Bandstand," "Soul Train," and "Saturday Night Live," the

The Best of

# BOSTON

Featuring

Fran
Cosmo
The Amazing Singer of Boston,
and Orion The Hunter

Barry
Goudreau
Lead guitar and founding of Boston
and Orion The Hunter

Anthony
Cosmo
Founder of Cosmo Highway

# ATTENTION

## READ YOUR CONTRACT and all ADDITIONAL MATERIAL.

Pay special attention to stage lighting rider and sound tech rider. These points are necessary to the performance of our band.

If all stipulations are not met exactly as outlined in, after written notice and reasonable amount of time to correct, the band WILL NOT TAKE STAGE.

Initial Here _____   Page 1 of Six

In all advertising promotional material, including but not limited to TV ads, radio spots, newspaper ads, posters, flyers and tickets.

The Best of
BOSTON
featuring





Prairie Knights Casino and Resort



Casino · Lodge · Dining · Promotions



**The Best Of Boston**
Saturday, July 12
$20

Tickets on Sale: May 23
Show Time: 7:30pm
Purchase Tickets Online

Featuring original founding Boston member Barry
Goudreau, Boston singer Fran Cosmo and
former Boston guitarist Anthony Cosmo.



7K Satur
Be One of S

Superchi
Take your a

**Dining**

Prairie Knig
All-You-Can-
$12.95





Sign up

Sign up to resa
announcement
and Resort.

ticket info · knight scrambler · employment · virtual tours · contact us

casino | lodge | dining | promotions | pavilion lineup | winners | sign up for info | knight scrambler | employment | virtual tou

Site created and maintained by K2 Interactive Copyright © 2008, Prairie Knights Casino and Resort





Fran has been co-lead singer of Boston since 1990. Barry was one of the original members of Boston, Anthony played guitar on the 2003 and 2004 tours. Each of these players have toured with the super-group and are now coming at you with the powerful vocals, intense guitars and melodies of the great classics like:

| | |
|---|---|
| Rock and Roll Band | Something About You |
| Smokin' | Cool the Engines |
| Livin' For You | Walk On |
| Piece of Mind | ... and more! |

Call us today to book this exciting show in your venue.

**Hear it, Feel it, Catch a piece of the Legend!**

Reload Entertainment
Direction: Paul Curcio
Phone: 727 391 4709
fax: 727 391 3079
email: reload@netthinkers.net

Booking Agent: Fantasma Tours
Steve Peck
Phone: 561 832 6397
fax: 561 832 2043
email: speck@fantasma.com

