UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DONALD THOMAS SCHOLZ,

     Plaintiff and Defendant-in-Counterclaim,

v.

BARRY GOUDREAU,

     Defendant and Plaintiff-in-Counterclaim.

Civil Action No. 1:13-cv-10951-DJC

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), Daniel P. Tarlow, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of David M. Given, a member of the Bar of the State of California, to this Court for the purpose of representing Defendant and Plaintiff-in-Counterclaim Barry Goudreau in the above-captioned matter, and states as follows.

1.     David M. Given is a partner with the law firm Phillips, Erlewine, Given & Carlin LLP.  His business address is 39 Mesa Street, Suite 201, The Presidio, San Francisco, CA 94129.  His telephone number is 415-398-0900.

2.     David M. Given is a member in good standing of the Bar of the State of California, as evidenced by the Certificate of Good Standing attached hereto as Exhibit A.  There are no disciplinary proceedings pending against David M. Given as a member of the bar in any jurisdiction.  See Affidavit of David M. Given, attached hereto as Exhibit B.

3.      David M. Given is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4.      Daniel P. Tarlow, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent Defendant and Plaintiff-in-Counterclaim Barry Goudreau if this motion is granted.

5.      Pursuant to Local Rule 7.1(a), counsel for Defendant and Plaintiff-in-Counterclaim has conferred with counsel for the Plaintiff and Defendant-in-Counterclaim and they have no objection to granting this motion.

WHEREFORE, the Defendant and Plaintiff-in-Counterclaim Barry Goudreau respectfully requests that David M. Given be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Defendant and Plaintiff-in-Counterclaim Barry Goudreau in the above-referenced proceeding in accordance with the Rules of this Court.

Dated:  June 30, 2016

/s/ Daniel P. Tarlow
Daniel P. Tarlow (BBO #562126)
Email:  dantarlow@ctclegal.com
Copani, Tarlow & Cranney
265 Broadway
Methuen, MA  01844
Telephone  978-686-0010
Fax:  978-688-2890

## <u>CERTIFICATE OF SERVICE</u>

In accordance with Local Rule 5.2(b), I, Daniel P. Tarlow, hereby certify that this document filed through the ECF system on June 30, 2016 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Daniel P. Tarlow
Daniel P. Tarlow (BBO #562126)
Email:  dantarlow@ctclegal.com
Copani, Tarlow & Cranney
265 Broadway
Methuen, MA  01844
Telephone  978-686-0010
Fax:  978-688-2890

EXHIBIT A

# Certificate of Good Standing

United States District Court

Northern District of California

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

## David M. Given
### Bar No. 142375

was duly admitted to practice in said Court on November 09, 1989, and is in good standing as a member of the bar of said court.

Dated in San Francisco on May 19, 2016



Susan Y. Soong
Clerk



EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD THOMAS SCHOLZ, | Civil Action No. 1:13-cv-10951-DJC |
| Plaintiff and Defendant-in-Counterclaim | |
| v. | |
| BARRY COUDREAU, | |
| Defendant and Plaintiff-in-Counterclaim | |

## **AFFIDAVIT OF DAVID M. GIVEN**

I, David M. Given, depose and state as follows:

1.    I am an attorney licensed to practice in the State of California, as well as in the State of New York.

2.    I am a resident of California.

3.    I am a partner with the law firm of Phillips, Erlewine, Given & Carlin LLP, located at 39 Mesa Street, Suite 201, The Presidio, San Francisco, CA  94129.  The office telephone number is 415-398-0900.

4.    I am authorized to practice law in the following federal court districts:

- United States District Court for the Northern District of California

- United States District Court for the Central District of California

- United States District Court for the Eastern District of California

- United States Bankruptcy Court, Eastern District of California

- Ninth Circuit Court of Appeals

- United States District Court, Southern District of New York

- United States Bankruptcy Court, Western District of Washington

5.      I was admitted to practice law in the State of California on December 11, 1989.

My California State Bar No. is 142375.  I was admitted to practice law in the State of New York

in 1987.  My New York State Bar No. is DG8049.

6.      I am a member in good standing and duly licensed and admitted to practice in

each of the jurisdictions listed above.

7.      I have never been suspended or disbarred in any jurisdiction, and there are no

disciplinary actions pending against me in any federal or state court.

8.      I am familiar with the Local Rules of the Unites States District Court for the

District of Massachusetts.

9.      If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will

represent Defendant and Plaintiff-in-Counterclaim Barry Goudreau in this proceeding until final

determination thereof, and with reference to all matters, incident, or proceedings.  I agree that I

shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court

in all respects as if I were regularly admitted.

Signed under the penalties of perjury on this 30th day of June, 2016.

_____

David M. Given

2