DONALD THOMAS SCHOLZ - 2/19/2014

Page 1

EXHIBIT A

UNITED STATED DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS
C.A. No.: 1:13-cv-10951-DJC

- - - - - - - - - - - - - - - -

DONALD THOMAS SCHOLZ,

    Plaintiff,

    vs.

BARRY GOUDREAU

    Defendant.

- - - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF DONALD THOMAS SCHOLZ

BOSTON, Massachusetts

Wednesday, February 19, 2014

10:07 a.m.

Job No.: 1021-92372
Pages 1-xx
Reported by: Victoria S. Reade

| | | |
|---|---|---|
| 1 | A. I am sorry. Can I just say if it's at | 11:09:52 |
| 2 | all possible, it's Jim Masdea. And I don't mean | 11:09:57 |
| 3 | to correct you, but every time you say that my | 11:10:06 |
| 4 | brain immediately goes to -- | 11:10:06 |
| 5 | Q. Wonder who that guy is? | 11:10:06 |
| 6 | A. -- and I miss the question. I know | 11:10:11 |
| 7 | it's an unusual name. It's Masdea. I am sorry. | 11:10:11 |
| 8 | Thanks. | 11:10:11 |
| 9 | Q. So I think you indicated before that | 11:10:13 |
| 10 | yourself, Jim Masdea and Brad Delp did demo tape | 11:10:16 |
| 11 | recordings related to the first BOSTON album? | 11:10:22 |
| 12 | A. In 1974, yes. | 11:10:27 |
| 13 | Q. In 1974. Did anybody else perform at | 11:10:30 |
| 14 | all on those demo tapes that you used to give | 11:10:41 |
| 15 | the record companies to? | 11:10:46 |
| 16 | A. No. | 11:10:48 |
| 17 | Q. How did the creation of these demo | 11:10:54 |
| 18 | tapes lead to a record contract? | 11:10:59 |
| 19 | A. Well, first out of the six I completed | 11:11:05 |
| 20 | four by the spring of 1975. I then made about | 11:11:12 |
| 21 | two dozen copies and obtained address and mailing | 11:11:24 |
| 22 | information for about two dozen record labels in | 11:11:31 |
| 23 | the United States, sent copies off to all these | 11:11:36 |
| 24 | record labels and then I waited. | 11:11:43 |