UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DONALD THOMAS SCHOLZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-10951-DJC |
| | ) | |
| BARRY GOUDREAU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## VERDICT FORM

We, the jury, find:

**Part I:  Mr. Scholz's Contributory Trademark Infringement Claim Against Mr. Goudreau**

    1.    Was the use of the trademark likely to cause consumer confusion?

        **Answer:**    **YES** _____        **NO** __X____

        *(If you have answered YES, please proceed to Question 2).*

        *(If you have answered NO, please proceed to Part II).*

    2.    Did this use of the trademark harm Plaintiff?

        **Answer:**    **YES** _____        **NO** _____

        *(If you have answered YES, please proceed to Question 3).*

        *(If you have answered NO, please proceed to Part II).*

3.     Did Defendant Mr. Goudreau continue to supply his product/services to Ernie Boch, Jr. and Ernie and the Automatics LLC ("EATA") whom he knew or should have known was engaging in trademark infringement or did the Defendant have direct control and monitoring of the instrumentality used by EATA to infringe the BOSTON trademark and knew or should have known that the third party would so use the instrumentality?

**Answer:**     YES _____          NO _____

*(Please proceed to Part II).*

## Part II:  Mr. Scholz's Vicarious Trademark Infringement Claim Against Mr. Goudreau

4.     Was the use of the trademark likely to cause consumer confusion?

**Answer:**     YES _____          NO __✕____

*(If you have answered YES, please proceed to Question 5).*

*(If you have answered NO to Question 4 and YES to all of the Questions under Part I, please proceed to Question 8).*

*(If you have answered NO to Question 4 and NO to any of the Questions under Part I, please proceed to Part IV).*

5.     Did this use of the trademark harm Plaintiff?

**Answer:**     YES _____          NO _____

*(If you have answered YES, please proceed to Question 6).*

*(If you have answered NO to Question 5 and YES to all of the Questions under Part I, please proceed to Question 8).*

*(If you have answered NO to Question 5 and NO to any of the Questions under Part I, please proceed to Part IV).*

6.     Did Defendant Mr. Goudreau and EATA have an actual or apparent partnership?

**Answer:**     YES _____          NO _____

*(If you have answered YES, please proceed to Question 7).*

*(If you have answered NO to Question 6 and YES to all of the Questions under Part I, please proceed to Question 8).*

2

*(If you have answered NO to Question 6 and NO to any of the Questions under Part I, please proceed to Part IV).*

7.     Did Mr. Goudreau and EATA have authority to bind the other in transactions with third parties or exercise joint ownership or control over the infringing product?

**Answer:     YES _____          NO _____**

*(If you have answered YES, please proceed to Question 8).*

*(If you have answered NO to Question 7 and YES to all of the Questions under Part I, please proceed to Question 8).*

*(If you have answered NO to Question 7 and NO to any of the Questions under Part I, please proceed to Part IV).*

8.     <u>**Damages as to Infringement Claims**</u>

a)     If you answered Yes to all of the Questions in Part I and/or answered Yes to all of the Questions in Part II, was Mr. Goudreau's infringement willful?

Answer:     YES _____          NO _____

*(Proceed to b).*

b)     If you answered Yes to all of the Questions in Part I and/or answered Yes to all of the Questions in Part II, were the goods or services offered by the parties in direct competition?

Answer:     YES _____          NO _____

*(If you answered Yes to either a) or b) or both, proceed to c)).*
*(If you answered No to both a) and b), proceed to Part III).*

c)     If yes to a), b) or both above, what amount of profits is attributable to the infringement?
state the amount in numbers:  $ _____
state the amount in words:          _____

*(Please proceed to Part III).*

3

**Part III:  Mr. Scholz's Implied Covenant of Good Faith and Fair Dealing Claim Against Mr. Goudreau**

9.      Did Defendant breach the implied covenant of good faith and fair dealing inherent in the 1983 settlement agreement?

   **Answer:**      **YES** _____          **NO** _____

   *(If you have answered YES, please proceed to Question 10).*

   *(If you have answered NO, please proceed to Part IV).*

10.     Did Plaintiff suffer damage as the result of that breach?

   **Answer:**      **YES** _____          **NO** _____

   *(If you have answered YES, please proceed to Question 10a).*

   *(If you have answered NO, please proceed to Part IV).*

   10a.  Did Plaintiff establish that Mr. Goudreau breached the implied covenant of good faith and fair dealing inherent in the 1983 settlement agreement on a particular date?

   **Answer:**      **YES** _____          **NO** _____

   If yes, state the date. _____

   *(Please proceed to Question 11).*

11.     **Damages**

   What, if any, amount of damages do you award Mr. Scholz for breach of the implied covenant of good faith and fair dealing regarding the parties' 1983 settlement agreement?

   State the amount in numbers:  $_____
   State the amount in words:        _____

   *(Please proceed to Part IV).*

**Part IV:  Mr. Goudreau's Breach of Contract Counterclaim Against Mr. Scholz**

12.  Did Defendant perform his obligations under the contract, or was excused from performance because of Plaintiff's conduct?

Answer:     YES _____          NO ____✗____

*(If you have answered YES, please proceed to Question 13).*

*(If you have answered NO, please proceed to Part V).*

13.  Did Plaintiff breach the contract?

Answer:     YES _____          NO _____

*(If you have answered YES, please proceed to Question 14).*

*(If you have answered NO, please proceed to Part V).*

14.  Did Defendant suffer damage as a result of Plaintiff's breach?

Answer:     YES _____          NO _____

*(If you have answered YES, please proceed to Question 14a).*

*(If you have answered NO, please proceed to Part V).*

14a.   Did Defendant establish that Mr. Scholz breached the 1983 settlement agreement on a particular date?

Answer:     YES _____          NO _____

If yes, state the date.  _____

*(Please proceed to Part V).*

**Part V:  Mr. Goudreau's Implied Covenant of Good Faith and Fair Dealing Claim Against Mr. Scholz**

15.  Did Plaintiff breach the implied covenant of good faith and fair dealing inherent in the 1983 settlement agreement?

Answer:     YES _____          NO ____✗____

5

*(If you have answered YES, please proceed to Question 16).*

*(If you have answered NO, but answered YES to all of the Questions under Part IV, please proceed to Question 17).*

*(If you have answered NO and also answered NO to any of the Questions under Part IV, please skip the remainder of the questions and have the foreperson sign and date this form).*

16.     Did Defendant incur damage as the result of that breach?

**Answer:        YES** _____        **NO** _____

*(If you have answered YES, please proceed to Question 16a).*

*(If you have answered NO, but answered YES to all of the Questions under Part IV, please proceed to Question 17).*

*(If you have answered NO and also answered NO to any of the Questions under Part IV, please skip the remainder of the questions and have the foreperson sign and date this form).*

16a.  Did Defendant establish that Mr. Scholz breached the implied covenant of good faith and fair dealing inherent in the 1983 settlement agreement on a particular date?

**Answer:        YES** _____        **NO** _____

If yes, state the date. _____

*(Please proceed to Question 17).*


17.     **Damages**

        If you answered YES to all of the Questions under Part IV and/or answered YES to all of the Questions under Part V, what, if any, amount of damages do you award Mr. Goudreau for his breach of contract and/or breach of the implied covenant of good faith and fair dealing?

                        State the amount in numbers:    $_____
                        State the amount in words:       _____

11/1/16
_____
DATE

_____
FOREPERSON'S SIGNATURE