UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD THOMAS SCHOLZ,

Plaintiff and Defendant-in-Counterclaim,

v.

BARRY GOUDREAU,

Defendant and Plaintiff-in-Counterclaim.

Civil Action No. 1:13-cv-10951-DJC

## DEFENDANT BARRY GOUDREAU'S MOTION FOR COSTS AND ATTORNEY'S FEES PURSUANT TO 15 U.S.C. § 1117(a)

Pursuant to 15 U.S.C. § 1117(a), Defendant BARRY GOUDREAU, as prevailing party on the Lanham Act claims of plaintiff DONALD THOMAS SCHOLZ, hereby moves for costs and attorney's fees. In support of this motion, Defendant submits herewith a memorandum of law and accompanying supporting documentation in the form of the declarations of David M. Given, Daniel P. Tarlow, Jeffrey S. Baker, and Diana C. Buck, and accompanying exhibits.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant believes that oral argument may assist the Court and respectfully requests a hearing on the motion.

Dated: December 15, 2016

Respectfully submitted,
**BARRY GOUDREAU**
By his Attorneys,

/s/ Daniel P. Tarlow
Daniel P. Tarlow
Copani, Tarlow & Cranney
265 Broadway
Methuen, MA  01844
Telephone:  978-686-0010
Fax:  978-688-2890
BBO #562126
Email:  dantarlow@ctclegal.com

1

/s/ Jeffrey S. Baker
Baker and Associates, P.C.
Suite 100
2 West Hill Place
Boston, MA 02114
Telephone: 617 573 9505
Fax: 617 573 9503
BBO#544929
E-mail: bakerlaw@aol.com


/s/ David M. Given
Phillips, Erlewine, Given & Carlin LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA  94129
415-398-0900
E-mail:  DMG@phillaw.com
PRO HAC VICE COUNSEL

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December 2016, a true and correct copy of this document was electronically filed with the Clerk of the Court through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) pursuant to Local Rule 5.2(b).

*/s/ David M. Given*
David M. Given