UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DONALD THOMAS SCHOLZ**
          Plaintiff(s)

      v.                                CIVIL ACTION NO. **13-10951-DJC**

**BARRY GOUDREAU**
          Defendant(s)

**JUDGMENT IN A CIVIL CASE**

CASPER, D.J.

X    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Pursuant to the Court's summary judgment ruling, D. 113, and the jury's verdict on November 1, 2016, D. 263, Judgment for Defendant Barry Goudreau on all claims brought by Plaintiff Thomas Schulz against Defendant Barry Goudreau.

Pursuant to the Court's summary judgment ruling, D. 113, and the jury's verdict on November 1, 2016, D. 263, Judgment for Plaintiff Thomas Schulz on all counterclaims brought by Defendant Barry Goudreau.

                                                Robert M. Farrell, Clerk

Dated: 2/17/17                                    /s/ Lisa M. Hourihan
                                                        ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.