UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD THOMAS SCHOLZ,

    Plaintiff and
    Counterclaim Defendant,

v.

BARRY GOUDREAU,

    Defendant and
    Counterclaim Plaintiff.

Civil Action No. 13-cv-10951-DJC

## SCHOLZ'S NOTICE OF APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff and Counterclaim Defendant Donald Thomas Scholz ("Scholz") hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment in this case, entered on February 17, 2017, (Docket No. 289), as to Scholz's Count XII (Breach of Contract) and Scholz's Count XIII (Breach of the Implied Covenant of Good Faith and Fair Dealing), and all related underlying orders, findings, and rulings, including but not limited to:

1. Allowance of Defendant and Counterclaim Plaintiff Barry Goudreau's ("Goudreau") Motion for Summary Judgment insofar as it allowed summary judgment as to Scholz's Count XII (Breach of Contract) and Scholz's Count XIII (Breach of the Implied Covenant of Good Faith and Fair Dealing), (Docket No. 113, entered 9.21.2015);

2. Denial of Scholz's Motion to Reopen Discovery (Docket No. 136, entered 10.27.2015);

3. Denial of Scholz's Motion to Reconsider Allowance of Summary Judgment On Certain of Scholz's Claims (Docket No. 162, entered

12.8.2015), insofar as it seeks reconsideration of summary judgment on Scholz's Count XII (Breach of Contract);

4. Denial of Scholz's Rule 15(b)(2) Motion to Amend First Amended Complaint So As to Conform to The Evidence At Trial (Docket No. 261, entered 10.31.2016);

5. Jury Verdict (as to Scholz's claim for Breach of the Implied Covenant of Good Faith and Fair Dealing) (Docket No. 263, entered 11.1.2016); and

6. Denial of Scholz's Motion for Entry of Judgment on Scholz's Claim for Breach of Contract Consistent with the Jury's Findings (Docket No. 286, entered 2.16.2017).

Respectfully submitted,

DONALD THOMAS SCHOLZ,
Plaintiff and Counterclaim-Defendant,

  */s/   Susan E. Stenger*
Lawrence G. Green
BBO No. 209060
lgreen@burnslev.com
Susan E. Stenger
BBO No. 555552
sstenger@burnslev.com
Laura Lee Mittelman
BBO No. 689752
lmittelman@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
Telephone:  (617) 345-3000

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the Court's ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) (and paper copies will be sent to anyone indicated as non-registered participants), **on this 16th day of March 2017**.

  */s/        Susan E. Stenger*